CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 27 2006

JOHN F. CORCORAN, CLERK
BY: /s/ S. Jeullo
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| GREGORY MARTIN ANDREWS, ) | |
| Petitioner, ) | Civil Action No. 7:06cv00621 |
| ) | |
| ) | **FINAL ORDER** |
| ) | |
| LOUDON COUNTY SHERIFF, ) | By: Samuel G. Wilson |
| Respondent. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the Andrews' 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED** without prejudice, all other pending motions are hereby **DENIED** as **MOOT**, and this action shall be **STRICKEN** from the active docket of the court.

The clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the petitioner and counsel for the respondent.

ENTER: This 26th day of October, 2006.

_____
United States District Judge